Dismissed and Memorandum Opinion filed December 20, 2007








Dismissed
and Memorandum Opinion filed December 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00833-CV

____________

 

CATHERINE A. CALDWELL and MICHAEL
C. INGLE, Appellants

 

V.

 

DARRYL L. EITEL, Appellees

 



 

On Appeal from the
164th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-03289

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 6, 2007.  On December 14, 2007, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum Opinion filed
December 20, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.